UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRYSTAL R. MORGAN,

                    Plaintiff,

-against-                                     21 **CIVIL** 340 (KMK)

## JUDGMENT

KILOLO KIJAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 2, 2022, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's Motion for Judgment on the Pleadings is granted. Defendant's Cross-Motion for Judgment on the Pleadings is denied and judgment is entered in favor of Plaintiff, and this matter is remanded to the Commissioner for further administrative proceedings; accordingly, the case is closed.

**Dated:**  New York, New York

       August 2, 2022

                                                                 **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                           **BY:**      K. Mango

                                                                  **Deputy Clerk**